IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIYA KARASENI,

    Plaintiff,                    No. CIV S-04-2293 MCE GGH

    vs.

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendants.              <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff filed his complaint on October 28, 2004; service was executed upon defendant on January 5, 2005. On April 4, 2005, defendant filed with this court, and served upon plaintiff by mail, an answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by May 23, 2005 (45 days after service of the answer and administrative transcript). Plaintiff has done neither, and has not communicated with this court since the filing of his complaint.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

1

1  Failure to <u>timely</u> file the required writing will result in a recommendation that the case be
2  dismissed.
3  DATED: 8/2/05

                                        /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE

6  GGH:035
   karaseni.osc