IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIYA KARASENI,                              No. 2:04-cv-2293-MCE-GGH

      Plaintiff,

  v.                                          <u>ORDER</u>

JO ANNE BARNHART,
Commissioner of Social Security,

      Defendant.
_____/

    On December 23, 2005, the magistrate judge filed Findings and Recommendations herein which were served on the parties and which contained notice that any Objections to the Findings and Recommendations were to be filed within ten (10) days. Objections were filed on January 9, 2006, and were considered by the district judge.

    This Court reviews de novo those portions of the proposed findings of fact to which objection has been made.

///

1

28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v. Commodore Business Machines</u>, 656 F.2d 1309, 1313 (9th Cir. 1981), <u>cert. denied</u>, 455 U.S. 920 (1982).  As to any portion of the proposed Findings of Fact to which no objection has been made, the Court assumes its correctness and decides the motions on the applicable law.  See <u>Orand v. United States</u>, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).

    The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

    1.  The Proposed Findings and Recommendations filed December 23, 2005, are ADOPTED;

    2.  Plaintiff's Motion for Summary Judgment or Remand is granted, the Commissioner's Cross Motion for Summary Judgment is denied, Judgment is entered for Plaintiff, and this matter is remanded to the Commissioner pursuant to Sentence 4 of 42 U.S.C. § 405(g) for development of the record.

DATED: March 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE